**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 50 EAL 2023

                  Respondent        :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

                v.                    :

                                    :

NADIR SIMPKIN,                        :

                  Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 16th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.